IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELENA TORRUCO REYES, On Behalf of HORACIO DIAZ TORRUCO<br><br>and<br><br>OLIVER HERRERA GOMEZ, Individually<br>　　　　　　　　　　　Plaintiffs<br>vs.<br><br>FORD MOTOR COMPANY<br>　　　　　　　　　　　Defendant | §§§§§§§§§§§§ | CIVIL ACTION NO.: 04-CV-43<br>JURY |

## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Ford Motor Company ("Ford"), and, pursuant to paragraph 2 of this Court's Order for Conference and Disclosure of Interested Parties, files this its Certificate of Financially Interested Persons.

1.　The undersigned counsel of record for Ford certifies that the following listed persons may have an interest in the outcome of this case:

| **PERSON OR ENTITY** | **CONNECTION TO CASE** |
|---|---|
| Elena Torruco Reyes | Plaintiff |
| Oliver Herrera Gomez | Plaintiff |
| Ford Motor Company | Evan N. Kramer<br>Brown McCarroll, LLP<br>1111 Bagby, 47th Floor<br>Houston, Texas 77002<br>(713) 529-3110; Fax: (713) 525-6295<br>**Attorney for Defendant**<br>**Ford Motor Company** |

HOU:297189.1
13486.95889

2. Ford Motor Company has no parent corporation. The following is a list of domestic and foreign companies in which Ford Motor Company owns an equity interest of at least 10%, but less than 100%:

Autolatina Comercio e Participacoes Financerias Ltd.

Ford Motor Company of Australia Limited

Ford Motor Company (Belgium) N.V.

Ford Motor Company A/S

Ford Werke-Aktiengesellschaft

Ford Nederland B.V.

Ford Motor Company of Korea

Ford Motor Norge A.S.

Ford Motor Company of New Zealand Limited

Ford Motor Company Private Limited

Ford Motor Company (Switzerland) S.A.

Ford Vietnam Limited

The Hertz Corporation

Invercred Compania Financiera S.A.

Mazda Motors Corporation

Oy Ford Ab

2

DATED: March 8, 2004

Respectfully submitted,

By: _____
Evan N. Kramer
Attorney in Charge
SDTX No.: 12346
Texas Bar No.: 11704650

OF COUNSEL:
William R. Moye
SDTX No.: 34007
Texas Bar No.: 24027553
BROWN McCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 529-3110; Fax: (713) 525-6295

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Defendant Ford Motor Company's Certificate of Financially Interested Parties has been forwarded by U.S. Certified Mail, Return Receipt Requested, to all known counsel of record as shown below on this 8 day of March, 2004.

_____
Evan N. Kramer
William R. Moye

Mark A. Cantu
LAW OFFICE OF MARK A. CANTU
1300 N. 10th Street, Suite 400
McAllen, Texas 78501

3

HOU:297189.1
13486.95889