IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELENA TORRUCO REYES, On Behalf of HORACIO DIAZ TORRUCO<br><br>and<br><br>OLIVER HERRERA GOMEZ, Individually<br>                    Plaintiffs<br>vs.<br><br>FORD MOTOR COMPANY<br>                    Defendant | § § § § § § § § § § § § | CIVIL ACTION NO.: 04-CV-43<br>JURY |

**DEFENDANT FORD MOTOR COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

DEFENDANT FORD MOTOR COMPANY ("Ford") files this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and shows the Court the following:

Ford Motor Company has no parent corporations and there are no publicly held companies that own ten percent or more of Ford's stock.

Respectfully submitted,

By: _____
Evan N. Kramer
Attorney in Charge
SDTX No.: 12346
Texas Bar No.: 11704650

HOU:297190.1
13486.95889

OF COUNSEL:
William R. Moye
SDTX No.: 34007
Texas Bar No.: 24027553
BROWN McCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 529-3110; Fax: (713) 525-6295

                              ATTORNEYS FOR DEFENDANT
                              FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant Ford Motor Company's Corporate Disclosure Statement has been forwarded by U.S. Certified Mail, Return Receipt Requested, to all known counsel of record as shown below on this __8__ day of __MARCH__, 2004.

                              Evan N. Kramer
                              William R. Moye

Mark A. Cantu
LAW OFFICE OF MARK A. CANTU
1300 N. 10th Street, Suite 400
McAllen, Texas 78501