

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |

ELENA TORRUCO REYES, et al § 

versus § CIVIL ACTION NO. B-04-043

FORD MOTOR COMPANY §

United States District Court
Southern District of Texas
ENTERED
MAY 0 7 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Resetting Conference

The initial pre-trial conference set for *May 17, 2004,* has been reset to:

**May 20, 2004 at 3:30 p.m.**

Signed on ____May 7____, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge