# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Levesque |
| DATE | 5 — 20 — 04 |
| TIME | a.m. — a.m. / 3:13 p.m. — 3:19 p.m. |
| CIVIL ACTION | B — 04 — 36; 37; & 43 |
| STYLE | PEDRO MARTINEZ RODRIGUEZ, ET AL. *versus* FORD MOTOR COMPANY |

United States District Court
Southern District of Texas
FILED

MAY 20 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  ■ Initial Pre-Trial Conference;   (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):   Ricardo ~~Martinez~~ Benavidez

Attorney(s) for Defendant(s):   William Moye

1. The Court called B-04-36; B-04-37; and B-04-43 together for purposes of the initial pretrial conference; however, the cases are not consolidated.

2. All three cases involve a single vehicle Ford Explorer roll-over in Mexico with Mexican nationals.

3. Judge Hanen and Magistrate Judge Black have similar cases.

4. The parties agree to a schedule for filing a forum non conveniens motion and doing discovery on that issue. The Court will enter an order in each case.