United States District Court
Southern District of Texas
ENTERED

MAY 21 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELENA TORRUCO REYES, ET AL. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action B-04-043 |
| FORD MOTOR CO. | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on May 20, 2004, the Court **ORDERED** the following discovery and briefing schedule on the *forum non conveniens* and choice of law issues.

Defendant's motions and briefing on these issues will be filed no later than June 11, 2004.

Thereafter, the parties will complete any necessary discovery by July 26, 2004.

Plaintiffs' response will be filed no later than August 10, 2004.

Defendant will file a reply no later than August 20, 2004.

DONE at Brownsville, Texas, this 20th day of May 2004.

Hilda G. Tagle
United States District Judge